United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| QUALITY LEASE AND RENTAL HOLDINGS, LLC, *et al.*, § § § § Plaintiffs, § V. § DAVID MICHAEL MOBLEY, *et al.*, § § § Defendants. § | CIVIL ACTION NO. 6:16-CV-00006 |

## ORDER

The Court is in receipt of the parties' status reports. *See* (D.E. 139; D.E. 140). The Court now **ORDERS** the parties to file a status report, informing the Court as to the progress of this case. The status report is due **on or before March 28, 2024.**

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
February 26th, 2024